## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

January 15, 2015

MEMORANDUM TO COUNSEL

Re:     *Hicks v. Stanford et al.*
        Civil Action No. ELH-14-00928

Dear Counsel:

As you know, on December 18, 2014, the Court appointed Donald C. McMillan as counsel for plaintiff Darrell Lee Hicks. ECF 29. And, by Order dated December 15, 2014 (ECF 28), granting plaintiff's motion to appoint counsel (ECF 27), I stated, in part, ECF 28 at 2:

> 4. Appointed counsel SHALL promptly REVIEW the pleadings and ADVISE opposing counsel of his or her estimate regarding the length of time it will take to complete discovery;

> 5. Counsel SHALL CONTACT chambers to advise of the mutually agreeable discovery deadline and further scheduling of the progress of this case;

On January 6, 2015, Mr. McMillan contacted the Court by telephone to ask if the Court would issue a scheduling order. Chambers directed Mr. McMillan to my Order of December 15, 2014, and advised Mr. McMillan that he should work with opposing counsel to set a mutually agreeable schedule, and then submit this schedule as a proposal to the Court, in writing.

Accordingly, the parties are hereby ordered to submit a proposed schedule to the Court, in writing, by Friday, January 30, 2015.

Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

Very truly yours,

_____/s/_____

Ellen Lipton Hollander
United States District Judge